UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>RAFAEL NARANJO-CUEVAS,<br><br>           Defendant. | No. CR-11-2120-FVS<br><br>ORDER DISMISSING INDICTMENT |

**IT IS HEREBY ORDERED:**

1.  The government's Motion to Dismiss **(ECF No. 28) is GRANTED.** The Indictment in the above-entitled matter is dismissed with prejudice.  The Court makes no judgment as to the merit or wisdom of this dismissal.

2.  The defendant's Motion to Dismiss **(ECF No. 23)** is deemed moot.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order, furnish copies to counsel and close this file.

**DATED** this   21st   day of December, 2011.

                              s/ Fred Van Sickle
                                Fred Van Sickle
                    Senior United States District Judge

ORDER DISMISSING INDICTMENT - 1